Certificate Number: 16339-PAE-DE-038660129

Bankruptcy Case Number: 24-11015



16339-PAE-DE-038660129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2024, at 3:00 o'clock PM EDT, Christopher Urban completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 12, 2024    By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor